**Order filed June 12, 2012**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-00292-CR

———————

**DUNG QUOC NGUYEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1226450**

## CORRECTED O R D E R

The clerk's record was filed July 12, 2011. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain appellant's motion for new trial filed April 29, 2011.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before June 18, 2012, containing appellant's motion for new trial filed April 29, 2011.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM